1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ROBERT D. THOMAS,                    No. CIV S-07-1212-LEW-CMK-P

12          Petitioner,

13      vs.                              ORDER

14  SCOTT McKEE, et al.,

15          Respondents.

16  _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has requested the appointment of

19  counsel.

20          There currently exists no absolute right to appointment of counsel in habeas

21  proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

22  § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

23  so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

24  not find that the interests of justice would be served by the appointment of counsel at the present

25  time.

26  / / /

1

1           Accordingly, IT IS HEREBY ORDERED that petitioner's request for

2  appointment of counsel is denied.

3

4   DATED:  October 9, 2007

5

6                                        **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26