IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. THOMAS,

      Petitioner,                    No. CIV S-07-1212 LEW CMK P

  vs.

SCOTT McKEE, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has again requested the appointment of counsel (Docs 15, 18).

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's October 9, 2007 and
2 October 30, 2007, requests for appointment of counsel are denied without prejudice to a renewal
3 of the motion at a later stage of the proceedings.

 DATED: January 9, 2007

　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE