# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. THOMAS, | No. CIV S-07-1212-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SCOTT McKEE, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 8, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. The findings and recommendations were reserved on petitioner on May 16, 2008. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2008 (Doc. 25), are adopted in full;

2. Respondent's motion to dismiss (Doc. 17) is granted;

3. The petition for a writ of habeas corpus is dismissed; and

4. The Clerk of the Court is directed to enter judgement and close this case.

DATED: September 8, 2008

/s/ John A. Mendez
_____ UNITED STATES DISTRICT JUDGE